UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **CURTIS WILSON,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **ALONZO PATRICK,** | : | and §841(b)(1)(C) |
| **TRAVIS SWEET,** | : | (Unlawful Distribution of Cocaine Base); |
| **JEROME KINARD,** | : | 21 U.S.C. §856(a)(2) |
| **Defendants.** | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 18, 2006, within the District of Columbia, **JEROME KINARD**, did

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable

amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code,
Section 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about January 24, 2006, within the District of Columbia, **CURTIS WILSON**, as the owner, lessee, and agent of a building, room and enclosure, that is, 3650 Minnesota Avenue, S.E., #101, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, cannabis, also known as marijuana, a Schedule I controlled substance, and Ecstasy, a Schedule I controlled substance.

(**Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

## COUNT THREE

On or about January 24, 2006, within the District of Columbia, **TRAVIS SWEET**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about January 24, 2006, within the District of Columbia, **ALONZO PATRICK and TRAVIS SWEET**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about January 24, 2006, within the District of Columbia, **CURTIS WILSON**, having

been convicted of crimes punishable by imprisonment for a term exceeding one year, in the United

States District Court for the District of Columbia, Criminal Case No. 99-32, and in D.C. Superior

Court Criminal Case No. F0460-86, did unlawfully and knowingly receive and possess a firearm,

that is, a Phoenix Arms .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive

and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and

transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))


A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.