```
                    IN THE
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

                     * * *
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| **v.** ) | CR NO 06-0061 (RCL) |
| ) | |
| ) | |
| **CURTIS WILSON,** ) | |
| ) | |
| **Defendant.** ) | |

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

```
                     Respectfully submitted,

                     A.J. KRAMER
                     FEDERAL PUBLIC DEFENDER


                             /S/
                     By:_____
                     TONY AXAM, JR.
                     Assistant Federal Public Defender
                     625 Indiana Avenue, N.W., Suite 550
                     Washington, D.C.  20004
                     (202) 208-7500
```

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 31ST day of March, 2006.

```
                             /s/
                     By:_____
                     TONY AXAM, JR.
```