# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CURTIS WILSON | DOCKET NO: 06-61-1 | MAGIS. NO: GJO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>CURTIS WILSON | FILED<br>APR 1 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:<br>[■] Order of Court  [ ] Information<br>[ ] Indictment  [ ] Complaint | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR ARRAIGNMENT ON 3/24/06 AFTER BEING CHARGED WITH:
UNLAWFUL MAINTENANCE OF PREMISES TO MANUFACTURE, DISTRIBUTE, STORE AND USE A CONTROLLED SUBSTANCE; AND
UNLAWFUL POSSESS OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21USC856(a)(2) & 18USC922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>ROYCE C. LAMBERTH, USDJ | JUDGE/MAGISTRATE JUDGE<br>ROYCE C. LAMBERTH, USDJ | DATE ISSUED:<br>3/24/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] Martt Keller | DATE:<br>3/24/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>3-24-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] Sean McLeod |
|---|---|---|
| DATE EXECUTED<br>4-13-06 | | |