# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Cr. No. 06-061 (RCL) |
| ) | |
| **CURTIS WILSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

**ORDERED** that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the evidence seized as a result of the search warrant executed on January 24, 2006 is suppressed.

SO ORDERED this _____ day of _____, 2006.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Axam, Jr.
625 Indiana Avenue, NW
Washington, DC 20004

AUSA Michael D. Truscott
555 Fourth Street, NW
Washington, DC 20004