## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: <u>CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT OR ANY AGENT THEREOF.</u>
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by <u>Detective Lavinia A. Quigley</u> that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as <u>3650 MINNESOTA AVENUE SOUTHEAST, APARTMENT #101,</u> <u>is described as a tan brick mult-story apartment building with the number "3"6"5"0" attached to the structure. Apartment #101,</u> <u>has a yellow door with the numbers 101 attached to the door, which is located on the first floor to left as you enter the apartment</u> <u>building.</u>

in the District of Columbia, there is now being concealed certain property. <u>Namely narcotics, evidence of the manufacturing and</u> <u>Packaging relating to the distribution of the narcotics, proof of ownership of occupancy of the premises, records relating to the</u> <u>accumulation of the disposition of assets derived from narcotic trafficking and proceeds of narcotic sales.</u>

which is <u>A violation of 48 DC section 904.1</u> and as I am satisified
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in ~~the daytime~~/at any time of the day or night, the designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this _19th_ day of _Jan._, 20_06_  _R. Wit[signature]_
Judge, Superior Court of the District of Columbia

## RETURN

I received the above detailed warrant on _January 19_, 20_06_ and have executed it as follows:
On _Jan. 27_, 20_06_, at _9:55 pm_ M., I searched the (~~person~~) (premises) (~~vehicles~~) (~~object~~) described in the warrant and I left a copy of the warrant and return with _on premises_ properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
_4 firearms, green weed, Crack Cocaine, PCP, Currency U.S. Ammo_
_Scales, Cell Les. Phones, ID Cards, Ziplocks, Gates-Keys_
_Jacket_

This inventory was made in the presence of _Det DeQuder, Ofc Innocchione, Det Dossin_
_Det Quigley, L, Sgt Sloan,_
I swear that this is a true and detailed account of all property taken ~~by me~~ under this warrant.

_Lavinia[signature]_
Executing Officer

Subscribed and sworn to before me this _1st_ day of _February_, 20_06_

_[signature]_
Judge, Superior Court of the District of Columbia

GOVERNMENT EXHIBIT 1