UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-061-01 (RCL)** |
| v. | : | VIOLATIONS: 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| **CURTIS WILSON,** | : | Manufacture, Distribute, Store and Use a |
| Defendant. | : | Controlled Substance); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 48 D.C.C. §904.03a |
| | : | (Unlawfully Maintaining a Place to Manufacture, |
| | : | Distribute, or Store a Narcotic or Abusive Drug) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about January 24, 2006, within the District of Columbia, **CURTIS WILSON**, as the owner, lessee, and agent of a building, room and enclosure, that is, 3650 Minnesota Avenue, S.E., #101, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, cannabis, also known as marijuana, a Schedule I controlled substance, and Ecstasy, a Schedule I controlled substance.

**(Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

## COUNT TWO

On or about January 24, 2006, within the District of Columbia, **CURTIS WILSON**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 99-32, and in D.C. Superior Court Criminal Case No. F0460-86, did unlawfully and knowingly receive and possess a firearm, that is, a Phoenix Arms .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about January 24, 2006, within the District of Columbia, **CURTIS WILSON**, as the owner, lessee, and agent of a building, room and enclosure, that is, 3650 Minnesota Avenue, S.E., #101, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, distributing and storing a controlled substance, that is, cocaine base, a Schedule II controlled substance.

**(Unlawfully Maintaining a Place to Manufacture, Distribute, or Store a Narcotic or Abusive Drug**, in violation of Title 48, District of Columbia Code, Section 904.03a)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
MICHAEL TRUSCOTT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533