UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 2 2006

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 06-061 (RCL) |
| v. | Hearing: July 12, 2006 |
| CURTIS WILSON | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 7/12/06*

## WAIVER OF INDICTMENT

I, Curtis Wilson, the above-named defendant accused of Unlawfully Maintaining a Place to Manufacture, Distribute, or Store a Narcotic or Abusive Drug, in violation of Title 48 D.C. Code § 904.03a,, being advised of the nature of the charges and of my rights, hereby waive in open court prosecution by indictment, and consent that the proceeding may be by superseding information instead of by indictment. I have consulted with my attorney, and have decided to voluntarily waive my right to be prosecuted for this felony only after a grand jury votes to indict me. This waiver is being made voluntarily and intelligently and without duress or compulsion.

Dated: 7-12-06

Curtis Wilson
Defendant

Dated: 7/12/06

Tony Axam
Counsel for Defendant