PROB 12B-ORDER-DC
(Rev 12/93)

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

FILED

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

U.S.A. vs. **Curtis Wilson**                              Docket No.: **CR06-61-01**

**REQUEST FOR COURSE OF ACTION**
(Modification of Conditions)

COMES NOW **Tennille Losch**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Curtis Wilson**, who was placed on supervised release by Royce C. Lamberth, Chief United States District Judge, sitting in the Court at Washington, D.C., on the **17th** day of **November**, **2006**, who fixed the period of supervised release at **five** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows: 1) Participate in educational/vocational training as directed; and 2) Participate in a residential and/or outpatient substance abuse treatment and testing as directed.

On November 17, 2006, Mr. Wilson appeared before the Honorable Royce C. Lamberth for sentencing, having pled guilty to Count 3, Unlawfully Maintaining a Place for the Distribution of a Controlled Substance, 48 DCC § 904.03a(b). On that date, Mr. Wilson was to serve a term of sixty months with execution of all but 24 months suspended incarceration, followed by a five year period of supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Modification of Conditions of Supervised Release**

We respectfully recommend Mr. Wilson's conditions of supervised release be modified to include, for violation of supervised release, the defendant shall participate in, and successfully complete, up to 120 days in a Community Correction Center.

Mr. Wilson has signed a Probation Form 49, waiving his rights to a hearing/attorney representation regarding the modification.

Pursuant to Rule 32.1 of Title 18, the United States Attorney's Office has been notified of the proposed modification, and no objections have been expressed at this time.

WILSON, Curtis
Docket No.: CR06-61-01
Page 2

Respectfully submitted,

*Tennille Losch*

Tennille Losch
United States Probation Officer
Telephone: (202) 565-1385


APPROVED BY: _____*Edw M. Read*_____
Edward M. Read, Supervising
United States Probation Officer
(202) 565-1362


Notice of Delivery to Parties

Tasheeka Hawkins
US Attorney's Office
555 4th Street, NW
Washington, DC 20001


Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004