UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

U.S.A. vs. Wilson, Curtis                              Docket No.: <u>CR06-61-01</u>

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER the following additional special condition:

1. That Curtis Wilson be required, as directed by the probation officer, upon a violation of supervised release, to participate in, and successfully complete, up to 120 days in the Bureau of Prison's Sanction Center.

ORDER OF COURT

Considered and ordered this 27th day of May, 2008.

_____
Royce C. Lamberth
Chief Judge