PROB 49-DC

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

FILED

MAY 2 7 2008

Clerk, U.S. District and
Bankruptcy Courts

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release :

**BOP Sanction Center:** As directed by the Probation Officer for a violation of supervised release, the defendant shall participate in, and successfully complete, up to120 days in the BOP's sanction center.

Witness: _____
United States Probation Officer

Signed: _Curtis Wilson_
Probationer or Supervised Releasee

Date: _5/5/08_