**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

FILED
JUL 0 9 2008
Clerk, U.S. District and
Bankruptcy Courts

U.S.A. vs. **Curtis Wilson**                                Docket No.: CR 06-61-01

The Court may enter a minute order for any of the following options:
Note. If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or ____Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____
_____
_____
_____
_____

_____
Royce C. Lamberth
Chief Judge

7/9/08
Date